UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DENNIS TOOLEY, <br> an individual, <br><br> Plaintiff, <br><br> vs. <br><br> COLE CV GREENWOOD IN, LLC, <br> a Delaware Limited Liability Company, <br><br> and <br><br> CVS PHARMACY, INC., <br> a Rhode Island Corporation, <br><br> Defendants. | CASE NO.: 1:18-cv-02383-TWP-MPB |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses this action in its entirety with prejudice and, except as otherwise agreed, each party shall bear its respective fees and costs.

Respectfully Submitted,

By: */s/ Louis Mussman*
Louis I. Mussman, Esq.
Bar No. 597155
Ku & Mussman, P.A.
18501 Pines Blvd, Suite 209-A
Pembroke Pines, FL 33029
Tel: (305) 891-1322
Fax: (305) 891-4512
Louis@KuMussman.com

and

Eric C. Bohnet, Esq.

1

Attorney No. 24761-84
Attorney at Law
6617 Southern Cross Drive
Indianapolis, Indiana  46237
Tel: (317) 750-8503
ebohnet@gmail.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of December, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy of the foregoing has been furnished by U.S. Mail to:

Robert L. Duston, Esq.
Saul Ewing Arnstein & Lehr, LLP
1919 Pennsylvania Ave., N.W
Suite 550
Washington, D.C. 20006
rob.duston@saul.com
*Counsel for CVS Pharmacy, Inc.*

Cole CV Greenwood IN, LLC
c/o CT Corporation System
150 West Market Street, Suite 800
Indianapolis, IN 46204

By: */s/ Louis Mussman*
　　 Louis I. Mussman, Esq.